United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elwood Allen Trimmer  
Michele Ann Trimmer  
    Debtors

Case No. 15-11632-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Aug 24, 2017  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13504989     E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 01:17:27     Green Tree Servicing LLC,  
    PO BOX 6154,    Rapid City, SD 57709-6154  
                                                                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:  
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
      bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      ZACHARY ZAWARSKI    on behalf of Joint Debtor Michele Ann Trimmer zzawarski@zawarskilaw.com  
      ZACHARY ZAWARSKI    on behalf of Debtor Elwood Allen Trimmer zzawarski@zawarskilaw.com  
                                                                                                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-11632-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Elwood Allen Trimmer
235 Heather Lane
Nazareth PA 18064

Michele Ann Trimmer
235 Heather Lane
Nazareth PA 18064

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/26/17

Tim McGrath
**CLERK OF THE COURT**