Certificate Number: 17572-PAE-DE-031132493

Bankruptcy Case Number: 15-11632



17572-PAE-DE-031132493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2018, at 5:01 o'clock PM PDT, Elwood Trimmer completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 4, 2018              By:    /s/Kelly Faulks

                                  Name:  Kelly Faulks

                                  Title: Counselor