**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elwood Allen Trimmer<br>Michele Ann Trimmer,<br>    Debtors. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17,<br>    Movant,<br>vs.<br>Elwood Allen Trimmer and Michele Ann Trimmer,<br>    Debtors / Respondents,<br>and<br>WILLIAM MILLER*R,<br>    Trustee / Respondent. | Case No.: 15-11632-ref<br><br>Hearing Date: October 16, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 15, 2018**, you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Office of the Clerk
        400 Washington Street
        Reading, PA 19601

    (b)    mail a copy to the Movant's attorney:

        Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
Phone No.: 856-482-1400
Fax No.: 856-482-9190

(c)    mail a copy to the Chapter 13 Trustee:

    WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

2.    If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **October 16, 2018 at 9:30 a.m.** in Courtroom 1 of The Madison Building, 400 Washington Street, Reading, PA 19601.

4.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

    Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: September 28, 2018

    /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
mwaldt@milsteadlaw.com
1 East Stow Road
Marlton, NJ 08053
Attorneys for Movant