# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elwood Allen Trimmer<br>Michele Ann Trimmer,<br>　　　　　Debtors. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17,<br>　　　　　Movant,<br>vs.<br>Elwood Allen Trimmer and Michele Ann Trimmer,<br>　　　　　Debtors / Respondents,<br>and<br>WILLIAM MILLER*R,<br>　　　　　Trustee / Respondent. | Case No.: 15-11632-ref |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this _____ day of _____, 20_____, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 235 Heather Ln, Nazareth, PA 18064;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**Date: October 22, 2018**

BY THE COURT:

_____
Hon. Richard E. Fehling, U.S.B.J.

cc:　　Matthew C. Waldt, Esquire
　　　Zachary Zawarski, Esquire
　　　Frederick L. Reigle, Trustee
　　　Elwood Allen Trimmer
　　　Michele Ann Trimmer