United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11632-ref
Elwood Allen Trimmer                                                Chapter 13
Michele Ann Trimmer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Oct 22, 2018
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb         +Elwood Allen Trimmer,   Michele Ann Trimmer,   235 Heather Lane,   Nazareth, PA 18064-8204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Oct 23 2018 02:37:12     Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:41     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               CWABS, Inc. Asset-Backed Certificates, Series 2005-17 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              ZACHARY   ZAWARSKI    on behalf of Debtor Elwood Allen Trimmer zzawarski@zawarskilaw.com
              ZACHARY   ZAWARSKI    on behalf of Joint Debtor Michele Ann Trimmer zzawarski@zawarskilaw.com
                                                                                              TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elwood Allen Trimmer<br>Michele Ann Trimmer,<br>　　　　Debtors. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17,<br>　　　　Movant,<br>vs.<br>Elwood Allen Trimmer and Michele Ann Trimmer,<br>　　　　Debtors / Respondents,<br>and<br>WILLIAM MILLER*R,<br>　　　　Trustee / Respondent. | Case No.: 15-11632-ref |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this _____ day of _____, 20_____, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 235 Heather Ln, Nazareth, PA 18064;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**Date: October 22, 2018**

BY THE COURT:

_____
Hon. Richard E. Fehling, U.S.B.J.

cc:　　Matthew C. Waldt, Esquire
　　　Zachary Zawarski, Esquire
　　　Frederick L. Reigle, Trustee
　　　Elwood Allen Trimmer
　　　Michele Ann Trimmer