United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11632-ref
Elwood Allen Trimmer                                                      Chapter 13
Michele Ann Trimmer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Mar 07, 2019
                              Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db/jdb         +Elwood Allen Trimmer,    Michele Ann Trimmer,    235 Heather Lane,    Nazareth, PA 18064-8204
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13486794       +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                 Philadelphia, PA 19106-1538
13486795        Nissan Motor Acceptance Corp.,    Attn: Bankruptcy Dept.,    P.O. Box 660366,
                 Dallas, TX 75266-0366
13972328       +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2019 02:48:30      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 02:53:48      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13486792        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 02:53:49      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13532605       +E-mail/Text: bnc@bass-associates.com Mar 08 2019 02:48:24      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
13504989        E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2019 02:48:30      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
13486793        E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2019 02:48:30      Green Tree Servicing, LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13552710        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 02:53:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13486796        E-mail/Text: blegal@phfa.org Mar 08 2019 02:48:54      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
13512701        E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2019 02:53:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13486797        E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 02:53:48      Sychrony Bank/Sam's Club,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
13486798       +E-mail/Text: zzawarski@zawarskilaw.com Mar 08 2019 02:49:16      Zachary Zawarski, Esq.,
                 1441 Linden Street,    Bethlehem, PA 18018-2606
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: dlv                Page 2 of 2             Date Rcvd: Mar 07, 2019
                               Form ID: pdf900          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               CWABS, Inc. Asset-Backed Certificates, Series 2005-17 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Joint Debtor Michele Ann Trimmer zzawarski@zawarskilaw.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Elwood Allen Trimmer zzawarski@zawarskilaw.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

ELWOOD ALLEN TRIMMER
MICHELE ANN TRIMMER
                                                                         : Bankruptcy No. 15-11632REF
            Debtor(s)                                            : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: March 7, 2019**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

ELWOOD ALLEN TRIMMER
MICHELE ANN TRIMMER
235 HEATHER LANE
NAZARETH, PA 18064